GOUVERNEUR PAULDING et al., Respondents, *v.* GEORGE COOPER et al., Appellants.

(Argued April 25, 1878; decided November 12, 1878.)

REPORTED below, 10 Hun, 20.

*Wilson Brown, Jr.,* for appellants.

*N. B. Sanborn* for respondents.

FOLGER, J., reads for affirmance.

ANDREWS and MILLER, JJ., concur; EARL, J., concurs in result on the ground of mis. or mal-feasance. CHURCH, Ch. J., and RAPALLO, J., dissent.

Judgment affirmed.